AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.
OSIRIS AGUILAR, et al

Case No. 3:23-cr-00011-HZ-2

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OSIRIS AGUILAR,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession with the Intent to Distribute Fentanyl

Date: 01/10/2023

City and State: Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

DATE 01/11/2023
ARRESTED BY [signature]
*Arresting officer's signature*

U.S. MARSHAL
BY E. CATER [signature]
*Printed name and title*

U.S. MARSHALS SERVICE    JAN 10 '23 4:02PM
FILED11 JAN '23 14:02USDC-ORP